**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**UNITED STATES OF AMERICA**

**v.**                                          **Criminal No.**  1:25-MJ-373

Peter Andrew Stinson              ,

**Defendant.**

## ORDER

This matter comes before the Court on its own initiative. In accord with the Due Process

Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court

CONFIRMS the United States' obligation to disclose to the defendant all exculpatory evidence,

that is, evidence that favors the defendant or casts doubt on the United States' case, as required

by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United

States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious

consequences, including, but not limited to, exclusion of evidence, adverse jury instructions,

dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The judge presiding over the first scheduled court date when both prosecutor and defense

counsel are present shall give oral notice of the provisions in this Order. The presiding judge,

pursuant to the Due Process Protections Act, shall also enter a written order in compliance with

this Order.

1

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

                                        /s/ Ivan D. Davis
                                        Ivan D. Davis
                                        United States Magistrate Judge

Alexandria, Virginia
Date:    6/16/2025