AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>PETER ANDREW STINSON<br><br>Defendant | )<br>) Case No. 1:25-mj-373<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PETER ANDREW STINSON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 871 (Threats against the President)

Date: 06/13/2025

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2025.06.13 15:20:15 -04'00'

*Issuing officer's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/13/2025 , and the person was arrested on *(date)* 6/13/2025
at *(city and state)* Fairfax, VA .

Date: 6/16/2025

*Arresting officer's signature*

Task Force Officer Michael Blake
*Printed name and title*