|  |  |
|---|---|
|  | TYPE OF HEARING:  PH/DH |
|  | CASE NUMBER:  1:25-mj-373 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 6/18/2025 |
|  | TIME: 2:25 – 3:49 p.m. |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

VS.

__Peter Andrew Stinson__

Govt Counsel: Natasha Smalky

Deft Counsel: Geremy Kamens and Brittany Davidson

Duty AFPD:

Interpreter:

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations ( )
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Gov't adduced evidence and rest. Affidavit admitted into evidence as gov't exhibit number one. Exhibit 2 admitted. Gov't counsel to file a response to defendant's memo no later than 6/25/2025.

Gov't seeks detention. Deft argues for release with conditions – GRANTED. Deft remanded to until all conditions are met.

**NEXT COURT APPEARANCE:**

**JUDGE: IDD**